So Ordered.

Signed this 27 day of November, 2019.

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

Chiesa Shahinian & Giantomasi PC
Frank Peretore, Esq.
ONE BOLAND DRIVE
WEST ORANGE, NJ  07052
973.325.1500
Attorneys for Ascentium Capital LLC

Hearing Date: November 20, 2019
Hearing Time:  9:15 a.m.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SAXONY PRIMARY CARE AND GYNECOLOGY, PLLC,**<br><br>Debtor. | Case No. 19-11638-1<br>Chapter 7<br><br>**ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY** |

Upon the motion of Ascentium Capital LLC (hereinafter referred to as "Movant" ), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for cause shown,

NOW, THEREFORE, it is hereby

4852-1223-0574.v1

ORDERED, that the automatic stay of Bankruptcy Code section 362(a) is vacated to permit Movant to pursue its rights under applicable state law with respect to the personal property described as follows:

> One (1) Cutera enlighten III Three Wavelength System for Tattoos, BPL and PICO Genesis

and it is further

ORDERED, that the debtor shall surrender the above-described personal property to the Movant or its agents within 10 days of service of this Order; and it is further

ORDERED, that this Order shall be binding in the event of a subsequent conversion of this matter to Chapter 11 or otherwise; and it is further

ORDERED, that the Movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

###

4852-1223-0574.v1